# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JIMMY RAY RICHEY,

    Plaintiff,

v.           CASE NO. 4:09cv123-RH/WCS

HOLMES COUNTY JAIL NURSE,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 11). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on October 13, 2009.

                                s/Robert L. Hinkle
                                United States District Judge